**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-7688**

―――――――――

ANTHONY CICORIA,

Petitioner - Appellant,

versus

PATRICIA K. CUSHWA, Chairperson, Maryland Pa-
role Commission,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
99-2364-S)

―――――――――

Submitted: March 23, 2000          Decided: March 30, 2000

―――――――――

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

James K. Green, West Palm Beach, Florida, for Appellant. John
Joseph Curran, Jr., Attorney General, Rachel Marblestone Kamins,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Cicoria seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>Cicoria v. Cushwa</u>, No. CA-99-2364-S (D. Md. Nov. 17, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

* Although the district court's order is marked as "filed" on November 16, 1999, the district court's records show that it was entered on the docket sheet on November 17, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).